STATE of Missouri, Respondent,

v.

Charles R. BENNETT, Appellant.

No. WD 33422.

Missouri Court of Appeals,
Western District.

Oct. 11, 1983.

James F. Crews of Crews, Gaw & Pyle, Tipton, for appellant.

John Ashcroft, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for the offense of leaving the scene of an accident, in violation of § 577.060, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.